# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 27, 2011

No. 10-40455
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

KAMAAL TAVON BLANDING,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:09-CR-990-1

Before DAVIS, SMITH and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Kamaal Tavon Blanding has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Blanding has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal.[1] Accordingly, counsel's motion for leave to withdraw is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] We note that while Blanding's plea agreement waives the right to collaterally attack his conviction or sentence, the district court informed Blanding that he waived the right to

No. 10-40455

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

collaterally attack his sentence, omitting mention of the conviction. This omission has no effect on the instant appeal. We make no determination at this time of the significance of the omission with respect to any collateral challenge that Blanding might file.